# United States Bankruptcy Court
## The Honorable Kay Woods

## 341 Hearing Report

### March 14, 2018

Trustee:    MICHAEL A. GALLO

Debtor(s):   **JOHN E. JOHNSTON, JR.**

Case:    **1840167**

Petition Filed: ___ Joint    ✓ Individual    ___ Corporation

Debtor(s) Present: ✓ Yes ___ No    ✓ Him ___ Her ___ Both

Debtor(s) Attorney Present:    ✓ Yes    ___ No
**WHITNEY KASTER**

Creditors Present: ___ Yes    ✓ No

---

341 Hearing Report:

___ The case will be recommended for confirmation:
  ___ as filed
  ___ on Amended Plan
  ___ on Agreed Order

✓ The hearing was adjourned.

___ The debtor(s) did not appear and the case is to be dismissed.

___ The debtor(s)/attorney did not appear. The hearing is rescheduled for: